Curtis Glaze                    Cause #                    Court of

V.                                                        Criminal

State of Texas                                            Appeals


       Motion for an extension of time to file a PDR to the
honorable court.

Comes now, Curtis D. Glaze, Appellant Pro Se and files this motion
for an extension of time and in support shows the following.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

                              I.

       On 30 September 2015, Appellants appeal 09-13-00394-cr was
affirmed. Appellant wishes to petition this court regarding that
courts ruling. The petition for discretionary review is currently
due on 29 October, 2015

FILED IN
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

                             II.

    Appellant asserts that he needs more time to file his PDR due
to the complexity of Texas statutes and the corresponding Judicial
rulling.


                           Prayer

    Wherefor, premises considered, Appellant prays this courts grants this
motion and extends filling deadline 60 days to give this appellant the
opportunity to properly file his PDR

                              Respectfully Submitted

                              Curtis D. Glaze #1894543

Curtis Glaze  10-15-15        12071 FM 3522

                              ABILENE, Tx 79601